DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRENT CONDOMINIUM C ASSOCIATION, INC.,**
Appellant,

v.

**TRENT NEIGHBORHOOD ASSOCIATION, INC.,**
Appellee.

No. 4D2023-0371

[December 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE21007116.

Steven B. Katz of SBK Legal, Coral Springs, for appellant.

Gregory Eisinger and Jonathan Zim of Eisinger Law, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***